■ In the Matter of HENRY G. TARSHES et al., Petitioners, against WATER-FRONT COMMISSION OF NEW YORK HARBOR, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ MORWIN REALTY CORP., Respondent, v. WEIL & CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ KENYON & KENYON, Plaintiff, v. PLASTIC GLASS CORPORATION, INC., Respondent, and NATIONAL SOLVENTS CORPORATION, Appellant.— Order [dismissing cross claim] unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Order [striking out defenses and dismissing counterclaim] unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ HARRY J. GERBIG et al., Respondents, v. ROSE ZUMPANO, Appellant.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, McNally and Stevens, JJ. [13 Misc 2d 357.]

■ In the Matter of SIDNEY GREENSTEIN, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, McNally and Stevens, JJ.

■ KATHRYN D. WEISS, Respondent-Appellant, v. JOHN D. WEISS, Appellant-Respondent.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., M. M. Frank, McNally and Stevens, JJ.

■ WILLIAM L. HOWELL, Appellant, v. BERLIN CONSTRUCTION COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, McNally and Stevens, JJ.

■ Q-TV, INC., Respondent, v. TELEPROMPTER CORPORATION et al., Appellants, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, McNally and Stevens, JJ.